UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALADEEM HINES,

                Plaintiff,

       -v-                                     **ORDER**

C R BARD INC., BARD PERIPHERAL        20 Civ. 7197 (PGG)
VASCULAR, INC., and MCKESSON CORP.,

                Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

        On September 3, 2020, this action was severed and transferred to this Court from the Northern District of Texas. Pending before this Court are Defendants' motions to dismiss for lack of personal jurisdiction and lack of subject matter jurisdiction, which are brought under 5th Circuit law. By September 15, 2020, the parties are directed to submit a joint letter addressing whether the motions are moot in light of the severance and transfer to this Court.

Dated: New York, New York
         September 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge