# GT GreenbergTraurig

Robert J. Kirshenberg
Tel 212.801.2186
kirshenbergR@gtlaw.com

September 17, 2020

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The motion to dismiss for lack of personal jurisdiction is denied as moot. The Clerk of the Court is directed to terminate the motion. (Dkt. No. 11)
SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
September 18, 2020

Re:  *Saladeem Hines v. C. R. Bard, Inc., et al.*, Case No. 20-cv-7197 (PGG)

Dear Judge Gardephe,

    We are counsel to Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc. and McKesson Corporation (collectively, "Defendants"). We respectfully submit this letter jointly with counsel for Plaintiff Saladeen Hines in response to the Court's order to advise on the status of the pending motion to dismiss McKesson Corporation.

    Filed herewith is a joint stipulation of dismissal without prejudice of McKesson Corporation, thereby rendering its pending motion moot (Nos. 11 and 12 on the docket). With regard to the motion to dismiss filed by the Bard entities (Nos. 2 and 3 on the docket), we believe that the transfer of the case to this Court has mooted that motion as well.

    We are also simultaneously filing a substitution of counsel, our notices of appearance as counsel for Defendants and Rule 7.1 statements.

Respectfully submitted,

*[signature]*

Robert J. Kirshenberg

cc:  Steven Schulte (via ecf)
*Counsel for Plaintiff
Saladeem Hines*