USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SALADEEM HINES,

                       Plaintiff,

      -against-

CR BARD INC., BARD PERIPHERAL
VASCULAR, INC., and MCKESSON CORP.

                       Defendants.
-------------------------------------------------------------------X

20-CV-7197 (PGG) (KHP)

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Voluntary Dismissal filed on April 13, 2021 (doc. no 51) the Initial Case Management Conference currently scheduled for **April 28, 2021** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
              April 14, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge